**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS-AT-LAW
Tel: (718) 762-1324  troylaw@troypllc.com  Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

*[Stamp: DATE FILED: DOC #: ELECTRONICALLY FILED DOCUMENT USDC SDNY  NOV 12 2019]*

November 6, 2019

*[Stamp: NOV 0 8 2019]*

*[Handwritten: SO ORDERED. The November 7, 2019 conference is adjourned to January 9, 2020 at 9:45 a.m. /s/ George B. Daniels  HON. GEORGE B. DANIELS]*

**Via ECF**
Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    **Request to Adjourn Conference**
              1:18-cv-00528-GBD-OTW *Lin v. Yuri Sushi Inc.*

Your Honor,

      This office represents the plaintiffs in the above-referenced matter. We write respectfully, and with the consent of Defense counsel, to request that the final pretrial conference scheduled for November 7, 2019 be adjourned to the same time as or after the status conference scheduled for January 9, 2020.

      The final pretrial conference was set for November 7, 2019 at the initial conference held on January 24, 2019. At that time, discovery was scheduled to end on July 31, 2019. However, discovery was extended several times, most recently to November 1, 2019. The last depositions in this matter, of the named plaintiff and the sole opt-in plaintiff, were completed on that day. The parties are awaiting the transcripts of the depositions of the plaintiffs and the defendants from the court reporters.

      Further, the joint pretrial order was scheduled to be filed no later than seven days prior to the final pretrial conference. Given that discovery concluded fewer than seven days prior to November 7, 2019, and that the parties are still awaiting the deposition transcripts, filing a joint pretrial order compliant with Your Honor's individual rules (which require several items for which deposition transcripts would be useful, including stipulations of fact and designations of deposition testimony to be used in the cases in chief) would be patently impossible.

      Finally, it was your undersigned's as well as Defense counsel's understanding following the October 3, 2019 status conference that the next conference would be on January 9, 2020. *See* Electronic Order of October 3, 2019.

      For the above reasons, we ask that that the final pretrial conference scheduled for November 7, 2019 be adjourned to the same time as or after the status conference scheduled for January 9, 2020.

      We thank the Court for its attention to and consideration of this matter.

                                                   Respectfully submitted,
                                                   TROY LAW, PLLC

/s/ Aaron Schweitzer
Aaron B. Schweitzer, Esq.
*Attorney for Plaintiffs*

cc: via ECF
    all counsel of record