UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

TINGYAO LIN, *on behalf of himself and others similarly situated*; TINGJIA XIE,

                        Plaintiffs,

-against-

YURI SUSHI INC; SOPHIA LIAN; LING TAO LIAN,

                        Defendants.

------------------------------------ x

ORDER

18 Civ. 528 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

    The June 4, 2020 pretrial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Wang for General Pretrial.

Dated: June 1, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE