**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TINGYAO LIN,

                Plaintiff,                18-CV-0528 (GBD) (OTW)

      -against-                    **ORDER**

YURI SUSHI INC., et al.,

                Defendants.
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of Defendant Yuri Sushi Inc.'s letters to the Court. (ECF 71, 72, and 73). Companies such as Yuri Sushi cannot appear *pro se* and will default if they do not obtain counsel.

      The *pro se* individual Defendants – Sophia Lian, Ling Tao Lian – have 30 days, or by **October 14, 2020**, to either obtain counsel or appear *pro se*. They may contact the Pro Se Intake Unit at (212) 805-0175 during normal business hours, 8:30am - 5:00pm, Monday - Friday (except federal holidays).

      Defendant Yuri Sushi also has until **October 14, 2020** to find counsel. If Yuri Sushi does not obtain counsel, Plaintiff shall file a motion to strike Yuri Sushi's answer by **October 21, 2020**. By the same date, if Sophia Lian and Ling Tao Lian have not obtained counsel or appeared *pro se*, Plaintiff shall also move to strike their answer.

      Plaintiff is directed to email a copy of this Order to Defendants, and to file proof of service within seven days of this order, or by **September 21, 2020**.

The Clerk of Court is directed to mail a copy of this Order to all Defendants at:

Yuri Sushi
374 West 46th Street
New York, NY 10036.

**SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: September 14, 2020                                  **Ona T. Wang**
      New York, New York                         United States Magistrate Judge