**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TINGYAO LIN,

                Plaintiff,              18-CV-0528 (GBD) (OTW)

     -against-                      **ORDER**

YURI SUSHI INC., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In light of this Court granting Plaintiff leave to amend the Complaint to, *inter alia*, add YURI SUSHI HOUSE, LLC d/b/a Yuri Sushi as a defendant (ECF 99), Plantiff's Motion to Strike Defendant YURI SUSHI HOUSE, INC's (d/b/a Yuri Sushi) Answer (ECF 89) is **DENIED**.

The Clerk of Court is directed to close ECF No. 89.

**SO ORDERED.**

                                          *s/ Ona T. Wang*

Dated: September 14, 2021                   **Ona T. Wang**
       New York, New York          United States Magistrate Judge