**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

TINGYAO LIN, et al.,

                            Plaintiffs,

                 -against-

YURI SUSHI INC., et al.,

                         Defendants.

-------------------------------------------------------------x

18-CV-0528 (GBD) (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      As ordered at today's status conference, *pro se* individual defendants Sophia Lian and Ling Tao Lian (collectively, "Mr. and Mrs. Lian") have until **March 18, 2022** to answer or otherwise respond to Plaintiffs' Amended Complaint. (ECF 100). Questions regarding *pro se* representation may be answered at https://www.nysd.uscourts.gov/prose. The *Pro Se* Office (212-805-0175) is located at 40 Foley Square, Room 105, New York, New York, and it is open from 11:00am to 2:00pm. The *Pro Se* Office can assist *pro se* litigants in connection with court procedures. The number for the New York Legal Assistance Group is (212) 613-5000.

      Plaintiffs' counsel is ordered to submit a letter brief on **March 11, 2022**, as to whether service was proper as to the corporate defendants and Yixiang Cao in this case. *See* ECF 110-112. Additionally, Plaintiffs' counsel is directed to serve ECF 113 on prior counsel for *pro se* individual defendants, Sophia Lian and Ling Tao Lian, and file proof of such service on the docket.

In light of the language difficulties at yesterday's conference, Plaintiffs are directed to order a copy of the transcript and provide a copy of the transcript to Mr. and Mrs. Lian. Plaintiffs are further directed to send a copy of this Order to all defendants and to prior Defense counsel.

**SO ORDERED.**


_s/ Ona T. Wang_

Dated: February 17, 2022                                       **Ona T. Wang**
     New York, New York                               United States Magistrate Judge