**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
TINGYAO LIN, et al.,                                         :
                                                             :
                                  Plaintiffs,                :          18-CV-0528 (GBD) (OTW)
                                                             :
                        -against-                            :          **ORDER**
                                                             :
YURI SUSHI INC., et al.,                                     :
                                                             :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    The Court has reviewed Plaintiff's counsel's request to adjourn the June 15, 2022 conference. (ECF 149). This request is **DENIED**.

    Mr. Schweitzer appeared at a prior conference and was unable to meet and confer with *pro se* defendants. *See* ECF 148. Mr. Schweitzer's co-counsel shall attend in his place.

    Moreover, the Court is closed on June 20th, 2022 for Juneteenth, which is a federal holiday.

    The Clerk of Court is respectfully directed to close ECF 149. Plaintiffs' counsel is directed to serve this Order on *pro se* defendants and file proof of service on the docket.

    **SO ORDERED.**

                          *s/ Ona T. Wang*

Dated: June 8, 2022                                          **Ona T. Wang**
      New York, New York                              United States Magistrate Judge