**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

TINGYAO LIN, et al.,

                  Plaintiffs,  :  18-CV-0528 (GBD) (OTW)

         -against-  :  **ORDER**

YURI SUSHI INC., et al.,

                  Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The June 15, 2022 conference is adjourned to **July 28, 2022 at 11:00am** in Courtroom 20D at 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to close ECF 153. Plaintiffs' counsel is directed to serve this Order on *pro se* defendants and file proof of service on the docket.

**SO ORDERED.**

                                                         *s/ Ona T. Wang*

Dated: June 13, 2022                             **Ona T. Wang**
       New York, New York                United States Magistrate Judge