**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TINGYAO LIN, et al.,

                Plaintiffs,       18-CV-0528 (GBD) (OTW)

      -against-       **ORDER**

YURI SUSHI INC., et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed *pro se* Defendants' request for an interpreter at the July 28, 2022 status conference. (ECF 162). In general, a *pro se* civil litigant is not entitled to an interpreter or translator. *See Pedraza v. Phoenix*, No. 93-CV-2631 (MGC), 1994 WL 177285, at *1 (S.D.N.Y. May 9, 1994); *Rahman v. Red Chili Indian Cafe, Inc.*, No. 17-CV-5156 (RA), 2021 WL 8776243, at *1 (S.D.N.Y. Jan. 6, 2021). Defendants are reminded of their ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for *pro se* litigants. Defendants may visit the NYLAG clinic's website at nylag.org/pro-se-clinic/ or call (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

Plaintiff is directed to serve a copy of this Order on *pro se* Defendants and file proof of service on the docket by July 27, 2022.

**SO ORDERED.**

Dated: July 26, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge