**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

TINGYAO LIN, et al.,

                Plaintiffs,              18-CV-0528 (GBD) (OTW)

      -against-                      **ORDER**

YURI SUSHI INC., et al.,

                Defendants.

------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

     The Court is in receipt of ECF 180.

     To the extent Plaintiff's letter is a motion for reconsideration of the Court's prior order (ECF 179), Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is directed to obtain copies of their deposition transcripts. To be clear, even though Plaintiff did not notice the depositions at issue, the depositions are of Mr. Troy's clients.

     The Court will entertain a motion at a future date to recover costs from the *pro se* Defendants for obtaining the deposition transcripts.

     Plaintiffs' counsel is directed to serve *pro se* defendants and file proof of service on the docket.

     **SO ORDERED.**

                                                           *s/ Ona T. Wang*

Dated: September 25, 2023                            **Ona T. Wang**
      New York, New York                      United States Magistrate Judge