UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TINGYAO LIN, *on behalf of himself and others* :
*similarly situated*, and TINGJIA XIE,          :
                                                :
                              Plaintiffs,       :         ORDER
                                                :
        -against-                               :
                                                :         18 Civ. 528 (GBD) (OTW)
YURI SUSHI INC *d/b/a* YURI SUSHI,              :
SOPHIA LIAN, YURI SUSHI HOUSE, LLC              :
*d/b/a* YURI SUSHI, and YIXIANG CAO,            :
                                                :
                              Defendants.       :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

All counsel in the above-captioned case and Defendant Sophia Lian, proceeding *pro se*, are directed to appear before this Court on April 24, 2024, at 9:45 a.m. for a pretrial conference.

Dated: New York, New York         SO ORDERED.
       March 26, 2024

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge