# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324  troylaw@troypllc.com  Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

December 10, 2024

**Via ECF**
The Hon. Geroge B. Daniels, D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED
The conference scheduled for December 11, 2024 is adjourned to December 17, 2024 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

DEC 1 0 2024

Re:  **Plaintiffs' Letter Motion to Adjourn Final Pre-Trial Conference to December 17, 2024**
S.D.N.Y. 18-cv-00528-GBD *Lin v. Yuri Sushi Inc*

Your Honor,

This office represents Plaintiffs in the above-captioned matter. We write respectfully to request that the Final Pre-Trial Conference currently scheduled for December 11, 2024 at 10 a.m. be re-scheduled to December 17, 2024. This is Plaintiff's first request and there has been no response from pro se Defendant Sophia Lian. The short adjournment will not prejudice either party. The reason for the adjournment request is that Plaintiffs' counsel has an oral argument before the Second Circuit at the same time.

We thank the Court for its attention to and consideration of this matter.

Respectfully Submitted,

*/s/ Aaron Schweitzer*
Aaron Schweitzer, Esq.
*Attorney for Plaintiffs*

Cc: *via* ECF to *Pro Se* Defendant
/mh