UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tingyao Lin,

                Plaintiff(s),

    -against-

Yuri Sushi, Inc.,

               Defendant(s).

18-cv-00528 (GBD) (OTW)

**ORDER**

George B. Daniels, United States District Judge:

    In response to Defendant Sophia Lian's letter motion at ECF No. 218, this Court extends the deadline for the filing of a Joint Pretrial Order to Tuesday, January 7, 2025. The Pre-Trial Conference scheduled for December 17, 2024 is adjourned to January 14, 2025 at 12:00 PM. A new trial date will be set at the Pre-Trial Conference.

SO ORDERED.

Dated: DEC 16 2024
New York, New York

                                            _George B. Daniels_
                                            George B. Daniels
                                            United States District Judge