UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TINGYAO LIN, and TINGJIA XIE,
on behalf of themselves and others similarly situated,

                Plaintiffs,                      18 **CIVIL** 0528(GBD)(OTW)

          -against-                          **JUDGMENT**

SOPHIA LIAN, YIXIANG CAO

                Defendants.
------------------------------------------------------------------X

GEORGE B. DANIELS, United States District Judge:

       WHEREAS, on July 17, 2025, a jury found in favor of Plaintiff Tingyao Lin against Defendant Sophia Lian (*see* Verdict Form, ECF No. 245);

       WHEREAS, on July 17, 2025, a jury awarded Plaintiff Lin $47,434 in actual damages, including unpaid wages, and $10,000 in liquidated damages against Defendant Lian (*see id.*); and

       WHEREAS, on July 17, 2025, a jury found in favor of Plaintiff Tingjia Xie against Defendant Sophia Lian (*see* Verdict Form, ECF No. 244);

       WHEREAS, on July 17, 2025, a jury awarded Plaintiff Xie $52,570 in actual damages, including unpaid wages, and $10,000 in liquidated damages against Defendant Lian (*see id.*); and

       WHEREAS, this action having been commenced against Defendant Yixiang Cao on August 10, 2021, by the filing of the First Amended Complaint, and a copy of the Summons and First Amended Complaint having been served on Defendant Yixiang Cao by mail and by delivery to a person of suitable age and discretion at Cao's actual place of business, and Defendant Cao having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering or moving having expired (*see* Mem. Decision and Order, ECF No. 233),

WHEREAS, this Court has the authority to award liquidated damages of an amount equal to unpaid wages in a default judgment once damages have been established to a "reasonable certainty"; *Credit Lyonnais Sec. (USA), Inc. v. Alcantara*, 183 F.3d 151, 155 (2d Cir.1999);

WHEREAS, the jury's verdict against Defendant Sophia Lian, as well as the Plaintiffs' allegations, are sufficient to establish reasonable certainty that the jury's determination of actual damages reflects the amount of unpaid wages owed to each Plaintiff plus $5,000 in damages for pay-statement violations;

It is hereby **ORDERED, ADJUDGED AND DECREED:**

Plaintiff Tingyao Lin has judgment against Defendants Sophia Lian and Yixiang Cao, jointly and severally, for a sum of $47,434. Plaintiff Tingyao Lin has judgment against Defendant Yixiang Cao for an additional $42,434 in liquidated damages and against Defendant Sophia Lian for up to $10,000 in liquidated damages not collected from Defendant Cao.

Plaintiff Tingjia Xie has judgment against Defendants Sophia Lian and Yixiang Cao, jointly and severally, for a sum of $52,570. Plaintiff Tingyao Lin has judgment against Defendant Yixiang Cao for an additional $47,570 in liquidated damages and against Defendant Sophia Lian for up to $10,000 in liquidated damages not collected from Defendant Cao.

**DATED:** New York, New York

August 19, 2025

**TAMMI M. HELLWIG**

Clerk of Court

So Ordered: AUG 2 0 2025

BY:

*George B. Daniels*
U.S.D.J.

Deputy Clerk