UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
TINGYAO LIN, and TINGJIA XIE,         :
                                      :
                    Plaintiffs,       :
         -against-                    :              ORDER
                                      :
YURI SUSHI INC., SOPHIA LIAN, YURI SUSHI : 18 Civ. 00528 (GBD) (OTW)
HOUSE, LLC, and YIXIANG CAO,          :
                                      :
                    Defendants.       :
                                      :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    This case having been tried and judgment having been entered, the Plaintiff's Motion for Default Judgment as to Yuri Sushi Inc, Yuri Sushi House, and Yixian Cao (ECF No. 257) is DENIED AS MOOT. The Plaintiff's Motion for Judgment (ECF No. 257) is DENIED AS MOOT.

    The Plaintiff's Motion for Attorneys' Fees remains referred to Magistrate Judge Wang.

Dated: September 3, 2025
      New York, New York

SO ORDERED.

*George B. Daniels*
United States District Judge