UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
TINGYAO LIN, and TINGJIA XIE,          :
                                       :
                    Plaintiffs,        :
        -against-                      :           ORDER
                                       :
YURI SUSHI INC., SOPHIA LIAN, YURI SUSHI :        18 Civ. 00528 (GBD) (OTW)
HOUSE, LLC, and YIXIANG CAO,           :
                                       :
                    Defendants.        :
                                       :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    This case having been tried, the Defendant's Motion for Discovery to Exclude Business Tax Returns is MOOT. The Clerk of the Court is directed to close the motion at ECF No. 240.

Dated: September 3, 2025           SO ORDERED.
       New York, New York

                                            *George B Daniels*
                                            United States District Judge