**MOTION DENIED**

*George B. Daniels*
Judge George B. Daniels

OCT 21 2025

| | |
|---|---|
| LIN et al | US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
| VS | 1:18-cv-00528-GBD-OTW |
| | MOTION FOR RECONSIDERATION |
| YURI SUSHI, INC., CAO, SOPHIA LIAN, LING TAO LIAN (TERMINATED) | |

RECEIVED SDNY PRO SE OFFICE 2025 OCT 14 AM 10: 52

1. Above referenced case commenced in February 2018. Initially, defendant, CAO was not listed. Ten months later, Attorney for Plaintiffs, TROY LAW, via Court added CAO, owner of corporation Yuri Sushi, Inc., as a defendant.

2. Note that attached Certificate from State of New York and Filing Receipt Dated February 12, 2020 to incorporate YURI SUSHI HOUSE, LLC, in Name of CHAOJIA LIN, was completed two years after this lawsuit was Commenced.

3. Two months after TROY LAW properly added CAO, Yuri Sushi Inc., to the law Suit as defendant, TROY LAW, did arbitrarily and without any official contact With court, begin to include YURI SUSHI HOUSE, LLC, in their official list Of defendants.

4. The owner of YURI SUSHI HOUSE, LLC, CHAOJIA LIN, has nothing to do With this lawsuit, does not know CAO, nor has any liaison nor connection To YURI SUSHI, INC.

5. Subsequently, CAO was designated as a default defendant but this left CHAOJIA LIN as a defendant, who has nothing to do with any of the entities In this lawsuit, nor with any of the other defendants. SOHPIA LIAN Is now the subject of a judgment and TROY LAW has illegally included YURI SUSHI HOUSE, LLC in this lawsuit due to TROY LAW adding a defendant After the fact who has no connection whatsoever with this case. This issue Is not part of an appeal case but should be reconsidered by original court.

Respectfully submitted:

SOPHIA LIAN   *Sophia Lian*   10/12/2025