RECEIVED
SDNY PRO SE OFFICE
2025 NOV 12 PM 2: 53

LIN et al

Vs

YURI SHUSHI, INC, CAO,
SOPHIA LIAN, LING TAO LIAN
(Terminated)

US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

1;18-cv-00528-GBD-OTW

MOTION TO REQUEST COURT JUDGMENT CLARIFICATION

1. This Honorable Court issued a monetary judgment against SOPHIA LIAN, who has responded and replied during this many years long case, and against CAO, owner of YURI SUSHI, INC. who has been deemed in default since CAO was added to this lawsuit after the initial lawsuit was filed by TROY LAW on behalf of plaintiffs.

2. The monetary judgment does not clarify the breakdown of financial obligation on behalf of defendant, SOPHIA LIAN, who has responded every time to Court proceedings, and CAO, YURI SUSHI, INC., who has been deemed In default since he was initially included as a defendant.

3. SOPHIA LIAN, pro se, defendant, is unable to proceed with her Appeal in this Case due to the lack of clarification on the status of these two defendants. The particulars of this case do not state whether she is responsible for the entire monetary judgment which would mean the she is liable for CAO'S portion whether he is in default or not.

4. SOPHIA LIAN pro se defendant, with respect is requesting a breakdown and clarification of the judgment issued herein and particularly as she does not want to appear on her Appeal as if she is doing so on behalf of CAO, default Judgment and herself. She will Appeal only on behalf of herself. Attached is Motion filed by SOPHIA LIAN, for Reconsideration which was denied by this Court.

Respectfully submitted,

*[signature]*

SOPHIA LIAN, pro se defendant            Date: 11/12/25

| | |
|---|---|
| LIN et al | US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
| VS | 1:18-cv-00528-GBD-OTW |
| | MOTION FOR RECONSIDERATION |
| YURI SUSHI, INC., CAO, SOPHIA LIAN, LING TAO LIAN (TERMINATED) | |

1. Above referenced case commenced in February 2018. Initially, defendant, CAO was not listed. Ten months later, Attorney for Plaintiffs, TROY LAW, via Court added CAO, owner of corporation Yuri Sushi, Inc., as a defendant.

2. Note that attached Certificate from State of New York and Filing Receipt Dated February 12, 2020 to incorporate YURI SUSHI HOUSE, LLC, in Name of CHAOJIA LIN, was completed two years after this lawsuit was Commenced.

3. Two months after TROY LAW properly added CAO, Yuri Sushi Inc., to the law Suit as defendant, TROY LAW, did arbitrarily and without any official contact With court, begin to include YURI SUSHI HOUSE, LLC, in their official list Of defendants.

4. The owner of YURI SUSHI HOUSE, LLC, CHAOJIA LIN, has nothing to do With this lawsuit, does not know CAO, nor has any liaison nor connection To YURI SUSHI, INC.

5. Subsequently, CAO was designated as a default defendant but this left CHAOJIA LIN as a defendant, who has nothing to do with any of the entities In this lawsuit, nor with any of the other defendants. SOHPIA LIAN Is now the subject of a judgment and TROY LAW has illegally included YURI SUSHI HOUSE, LLC in this lawsuit due to TROY LAW adding a defendant After the fact who has no connection whatsoever with this case. This issue Is not part of an appeal case but should be reconsidered by original court.

Respectfully submitted:

*[signature]* Oct. 21, 2025    denied by Court
SOPHIA LIAN              Oct. 14, 2025    filed