**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------- x

TINGYAO LIN, and TINGJIA XIE,    :
            :
     Plaintiffs,  :
  -against-       :    ORDER
            :
SOPHIA LIAN, YIXIANG CAO, YURI SUSHI INC,:  18 Civ. 00528 (GBD) (OTW)
and YURI SUSHI HOUSE, LLC,   :
            :
     Defendants.  :
            :

----------------------------------- x

GEORGE B. DANIELS, United States District Judge:

In light of the Amended Judgment (ECF No. 273), the Clerk of Court is directed to close

the motions at ECF No. 266 and ECF No. 271 and the above-captioned action.

Dated: **FEB 0 3 2026**      SO ORDERED.
   New York, New York

*George B Daniel*

GEORGE B. DANIELS
United States District Judge